IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHYLLIS GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:10-CV-561 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security,[1] | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On June 24, 2013, the United States Magistrate Judge's Opinion and Recommendation (Doc. 15) was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Doc. 16.) Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636. Defendant filed a response.

The Court has reviewed the parties' submissions de novo. The United States Magistrate Judge's rulings are affirmed and adopted.

Plaintiff's motion for judgment on the pleadings (Doc. 11) is **DENIED**, Defendant's motion for judgment on the pleadings (Doc. 13) is **GRANTED** and the final decision of the Commissioner is upheld.

This the 9th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).